UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 18-01073 |
| | ) | |
| WIND AND FIRE MINISTRIES, INC., | ) | ORDER APPROVING APPLICATION |
| | ) | FOR ATTORNEY FEES AND COSTS |
| Debtor. | ) | AND APPROVING THE |
| | ) | TRUSTEE'S FINAL REPORT (TFR) |
| | ) | AS AMENDED |

The matters before the Court are the Trustee's Application for Allowance and Payment of Attorney Fees and Costs filed April 30, 2020 (Docket No. 39), the Notice of Trustee's Final Report (TFR) filed February 26, 2020 (Docket No. 29) and the Hawkeye House of Hope's Objection to the TFR (Docket No. 31).

A telephonic hearing on these matters was held May 08, 2020. Jeffrey P. Taylor appeared on behalf of the Chapter 7 Trustee, Renee K. Hanrahan, who also appeared. Attorney Wesley B. Huisinga appeared on behalf of objecting creditor Hawkeye House of Hope, Inc. (HHOH)

Upon review of the file, the Court finds that notice of the Jeffrey Taylor's Application for Allowance and Payment of Attorney Fees and Costs was mailed to all creditors and parties-in-interest as required by the Bankruptcy Code and Rules and the last date for filing objections has passed with no objection filed. The Court finds that the Attorney Fees and Costs are reasonable in accordance with 11 U.S.C. 330 and are therefore APPROVED in the amounts of $14,720.00 in attorney fees and $800.49 in expenses.

Notice of the Trustee's Final Report (TFR) was provided to all creditors and parties-in-interest. HHOH filed a timely objection. A preliminary hearing was held on the TFR and Objection on April 17, 2020. HHOH subsequently through Counsel filed and subsequently amended a Proof of Claim. The Court is advised that there have been five (5) late-filed Proofs of Claim, including that of HHOH, all of which the Trustee will allow for payment in the TFR as late filed claims. The allowance of HHOH's Amended Proof of Claim resolves issues raised in the Objection to the TFR. The allowance of late-filed claims increases the Trustee's compensation to $31,212.65. The attached Proposed Distribution Report provides for the above-approved attorney fees and costs, the allowance and payment of Proofs of Claim Numbers 8 through 12, and increased trustee compensation; other proposed payments to creditors in the TFR remain unchanged. The Court finds the Proposed Distribution is in accordance with 11 U.S.C.§726, and is APPROVED.

As a result of the foregoing, the Court ORDERS:
(1) the Application for Allowance and Payment of Attorney Fees and Costs is APPROVED in the amounts of $14,720.00 in attorney fees and costs of $800.49;

   (2) the Trustee's Final Report is APPROVED as amended through the attached Proposed Distribution; and

   (3) the Trustee is authorized to make distributions as set forth on the Proposed Distribution attached hereto.

   DATED AND ENTERED:  May 11, 2020

                   UNITED STATES BANKRUPTCY JUDGE

Order prepared and submitted
by Jeffrey P. Taylor LI0009665
Attorney for Chapter 7 Trustee
Renee K. Hanrahan

Proposed Distribution                                                                                      Page 1 of 2

| Case Number: 18-01073 | | | | | | | Date: May 8, 2020 |
| Debtor Name: Wind And Fire Ministries, Inc. | | | | | | | PROPOSED DISTRIBUTION |

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $523,348.93 |
| | Renee K. Hanrahan<br>PO BOX 1088, CEDAR RAPIDS, IA 52406 | Administrative | 100 | $31,212.65 | $0.00 | $31,212.65 | $31,212.65 | $492,136.28 |
| | Renee K. Hanrahan<br>PO BOX 1088, CEDAR RAPIDS, IA 52406 | Administrative | 100 | $3,682.77 | $0.00 | $3,682.77 | $3,682.77 | $488,453.51 |
| | JEFFREY P. TAYLOR<br>Klinger, Robinson & Ford, L.L.P.<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 | Administrative | 100 | $14,720.00 | $0.00 | $14,720.00 | $14,720.00 | $473,733.51 |
| | JEFFREY P. TAYLOR<br>Klinger, Robinson & Ford, L.L.P.<br>PO Box 10020<br>Cedar Rapids, IA 52410-0020 | Administrative | 100 | $800.49 | $0.00 | $800.49 | $800.49 | $472,933.02 |
| | The Brems Group LLP<br>PO Box 1386<br>Cedar Rapids IA 52406-1386 | Administrative | 100 | $6,850.00 | $0.00 | $6,850.00 | $6,850.00 | $466,083.02 |
| | The Brems Group LLP<br>PO Box 1386<br>Cedar Rapids IA 52406-1386 | Administrative | 100 | $7,384.60 | $0.00 | $7,384.60 | $7,384.60 | $458,698.42 |
| Subtotals for Class Administrative 100.00% | | | | $64,650.51 | $0.00 | $64,650.51 | $64,650.51 | |
| 1 | Todd M. & Deborah A. Beyer<br>Todd M. & Deborah A. Beyer<br>2906 C Ave Ne<br>Cedar Rapids, Ia 52402 | Unsecured | 300 | $73,500.00 | $0.00 | $73,500.00 | $73,500.00 | $385,198.42 |
| 2 | Steve"s Heating, Air Conditioning & Electrical, In<br>Roberts & Eddy, P.C.<br>2349 Jamestown Ave, Suite 4<br>Independence, Ia 50644 | Unsecured | 300 | $58,750.00 | $0.00 | $58,750.00 | $58,750.00 | $326,448.42 |
| 3 | Gary And Sherrie Witter<br>Po Box 321<br>Marion Ia 52302 | Unsecured | 300 | $110,830.37 | $0.00 | $110,830.37 | $110,830.37 | $215,618.05 |
| 4 | Geraldine J. Stout<br>1621 6Th Ave S.E.<br>Cedar Rapids, Ia 52403 | Unsecured | 300 | $38,220.00 | $0.00 | $38,220.00 | $38,220.00 | $177,398.05 |
| 5 | Wells Fargo Vendor Financial Services, Llc<br>WFVFS - Bankruptcy<br>PO Box 931093<br>Atlanta GA 31193 | Unsecured | 300 | $16,313.70 | $0.00 | $16,313.70 | $16,313.70 | $161,084.35 |
| 6 | Leigh Adelbert (Del) Lumbard<br>C/O Leigh Lumbard<br>6300 School Street #114<br>Windsor Heights IA 50324 | Unsecured | 300 | $25,000.00 | $0.00 | $25,000.00 | $25,000.00 | $136,084.35 |
| 7 | Rebecca Lumbard<br>4402 Glenwood Rd<br>Kearney NE 68845 | Unsecured | 300 | $4,641.00 | $0.00 | $4,641.00 | $4,641.00 | $131,443.35 |
| 8 | Charlene S Briggs<br>2306 E Ave NE<br>Cedar Rapids IA 52402 | Unsecured | 350 | $11,000.00 | $0.00 | $11,000.00 | $4,163.77 | $127,279.58 |
| 9 | Martha L Briggs<br>622 27th St NE<br>Cedar Rapids IA 52402 | Unsecured | 350 | $11,000.00 | $0.00 | $11,000.00 | $4,163.77 | $123,115.81 |

**Proposed Distribution**    Page 2 of 2

Case Number: 18-01073    Date: May 8, 2020
Debtor Name: Wind And Fire Ministries, Inc.    PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 10 | Michael R Schreurs<br>6829 River Bend Drive<br>Johnston IA 50131 | Unsecured | 350 | $100,352.00 | $0.00 | $100,352.00 | $37,985.68 | $85,130.13 |
| 11 | Raun Lohry<br>6 Spanish Bay<br>Dakota Dunes SD 57049 | Unsecured | 350 | $74,900.00 | $0.00 | $74,900.00 | $28,351.48 | $56,778.65 |
| 12 | Hawkeye House of Hope, Inc.<br>c/o Wes Huisinga<br>115 3rd St. SE, Suite 500<br>Cedar Rapids IA 52401 | Unsecured | 350 | $150,000.00 | $0.00 | $150,000.00 | $56,778.65 | $0.00 |
| Subtotals for Class Unsecured 68.00% | | | | $674,507.07 | $0.00 | $674,507.07 | $458,698.42 | |
| Totals | | | | $739,157.58 | $0.00 | $739,157.58 | $523,348.93 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.