# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

In Re: §
§
Wind And Fire Ministries, Inc. § Case No. 18-01073
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Renee K. Hanrahan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 72.60 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 458,698.42 | Claims Discharged Without Payment: 1,678,477.55 |
| Total Expenses of Administration: 100,554.59 | |

3) Total gross receipts of $559,253.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $559,253.01 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 100,554.59 | 100,554.59 | 100,554.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,700,918.90 | 674,507.07 | 674,507.07 | 458,698.42 |
| **TOTAL DISBURSEMENTS** | $1,700,918.90 | $775,061.66 | $775,061.66 | $559,253.01 |

4)  This case was originally filed under chapter 7 on 08/03/2018.  The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2020                    By:/s/Renee K. Hanrahan
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Farmers State Bank | 1129-000 | 553,146.96 |
| Money held in the ABLS trust account | 1129-000 | 4,925.65 |
| See Schedule A/B Property Attachment B for reference | 1129-000 | 1,100.00 |
| Utility's member capital credit refund | 1229-000 | 80.40 |
| **TOTAL GROSS RECEIPTS** | | **$559,253.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$NA** | **$NA** | **$NA** | **$NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Renee K. Hanrahan | 2100-000 | NA | 31,212.65 | 31,212.65 | 31,212.65 |
| Renee K. Hanrahan | 2200-000 | NA | 3,682.77 | 3,682.77 | 3,682.77 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 237.36 | 237.36 | 237.36 |
| CitiCard | 2420-000 | NA | 597.18 | 597.18 | 597.18 |
| DJ Steen | 2420-000 | NA | 1,102.00 | 1,102.00 | 1,102.00 |
| Patricio Cabo | 2420-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Patricio Coba | 2420-000 | NA | 25,785.00 | 25,785.00 | 25,785.00 |
| Associated Bank | 2600-000 | NA | 6,825.94 | 6,825.94 | 6,825.94 |
| Farmers State Bank | 2990-000 | NA | 36.60 | 36.60 | 36.60 |
| Rebecca Lumbard | 2990-000 | NA | 70.00 | 70.00 | 70.00 |
| JEFFREY P. TAYLOR | 3210-000 | NA | 14,720.00 | 14,720.00 | 14,720.00 |
| JEFFREY P. TAYLOR | 3220-000 | NA | 800.49 | 800.49 | 800.49 |
| The Brems Group LLP | 3410-000 | NA | 14,234.60 | 14,234.60 | 14,234.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $100,554.59 | $100,554.59 | $100,554.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amanda Frost | | 0.00 | NA | NA | 0.00 |
| | Amy Podzimek | | 0.00 | NA | NA | 0.00 |
| | Ben & Karen Pickett | | 15,000.00 | NA | NA | 0.00 |
| | Bev & Marv Pospisil | | 15,000.00 | NA | NA | 0.00 |
| | Bruce Bingman | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caleb Dutzer | | 0.00 | NA | NA | 0.00 |
| | Cassndra Stern | | 0.00 | NA | NA | 0.00 |
| | Charlene Briggs | | 10,000.00 | NA | NA | 0.00 |
| | Cheryl Willis | | 0.00 | NA | NA | 0.00 |
| | Christian & Tara Bray | | 0.00 | NA | NA | 0.00 |
| | Christina Anderson | | 0.00 | NA | NA | 0.00 |
| | Corey Deg | | 0.00 | NA | NA | 0.00 |
| | Danae Jeffrey | | 0.00 | NA | NA | 0.00 |
| | Danae Jeffrey | | 0.00 | NA | NA | 0.00 |
| | Dani Lacy | | 0.00 | NA | NA | 0.00 |
| | Dawn Wendt | | 0.00 | NA | NA | 0.00 |
| | Deborah & Todd Beyer | | 70,000.00 | NA | NA | 0.00 |
| | Del & Joan Lumbard | | 25,000.00 | NA | NA | 0.00 |
| | Diaz-Doolin DaMu | | 0.00 | NA | NA | 0.00 |
| | DJ (Dennis) Steen | | 0.00 | NA | NA | 0.00 |
| | Dorothy & Glen Linde | | 20,000.00 | NA | NA | 0.00 |
| | Dorothy & Glen Linde | | 20,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Duane Mclean | | 0.00 | NA | NA | 0.00 |
| | Edna or Leroy Recker | | 55,858.80 | NA | NA | 0.00 |
| | Edna or Leroy Recker | | 181,700.00 | NA | NA | 0.00 |
| | Edna or Leroy Recker | | 55,257.04 | NA | NA | 0.00 |
| | Edna or Leroy Recker | | 181,700.00 | NA | NA | 0.00 |
| | Edna or Leroy Recker | | 105,000.00 | NA | NA | 0.00 |
| | Edna or Leroy Recker | | 32,303.06 | NA | NA | 0.00 |
| | Edna or Leroy Recker | | 100,000.00 | NA | NA | 0.00 |
| | Emily Adams | | 0.00 | NA | NA | 0.00 |
| | Gail & Kevin Kennedy | | 10,000.00 | NA | NA | 0.00 |
| | Gary Witter | | 78,000.00 | NA | NA | 0.00 |
| | Geraldine J. Stout | | 2,000.00 | NA | NA | 0.00 |
| | Gregory Wildebour | | 0.00 | NA | NA | 0.00 |
| | Hawkeye House of Hope Inc. | | 177,000.00 | NA | NA | 0.00 |
| | Holly Arment | | 0.00 | NA | NA | 0.00 |
| | Ina Boeke | | 0.00 | NA | NA | 0.00 |
| | Jacob Heffermen | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Janice & Jene Schmidt | | 5,000.00 | NA | NA | 0.00 |
| | Jerica Gretter | | 0.00 | NA | NA | 0.00 |
| | Joni Tibbits | | 0.00 | NA | NA | 0.00 |
| | Josiah Javier | | 0.00 | NA | NA | 0.00 |
| | Judy Fitzpatrick | | 0.00 | NA | NA | 0.00 |
| | Julie Forgy | | 0.00 | NA | NA | 0.00 |
| | Katherine Knabe | | 0.00 | NA | NA | 0.00 |
| | Lacey Sievers | | 0.00 | NA | NA | 0.00 |
| | Linda & John Long | | 5,000.00 | NA | NA | 0.00 |
| | Linda & Mike Schreurs | | 89,600.00 | NA | NA | 0.00 |
| | Lingna Lai | | 0.00 | NA | NA | 0.00 |
| | Lori & Phil Owens | | 5,000.00 | NA | NA | 0.00 |
| | Lori Owens | | 0.00 | NA | NA | 0.00 |
| | Lori Rock | | 0.00 | NA | NA | 0.00 |
| | Maata Engineering | | 9,000.00 | NA | NA | 0.00 |
| | Martha Briggs | | 10,000.00 | NA | NA | 0.00 |
| | Marvin Pospisil | | 30,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Megan Pospisil | | 2,000.00 | NA | NA | 0.00 |
| | Megan Psopisil | | 15,000.00 | NA | NA | 0.00 |
| | Micheal Peters | | 0.00 | NA | NA | 0.00 |
| | Monica Wurzer | | 0.00 | NA | NA | 0.00 |
| | Raun Lohry | | 70,000.00 | NA | NA | 0.00 |
| | Rebecca Lumbard | | 4,500.00 | NA | NA | 0.00 |
| | Steph Wheeler | | 0.00 | NA | NA | 0.00 |
| | Steph Wheeler | | 0.00 | NA | NA | 0.00 |
| | Steves Heating, AC & Electrical | | 58,750.00 | NA | NA | 0.00 |
| | Teresa Lydon | | 0.00 | NA | NA | 0.00 |
| | Teresa Meyer | | 0.00 | NA | NA | 0.00 |
| | Terri Kasten | | 0.00 | NA | NA | 0.00 |
| | Terry Struna | | 5,000.00 | NA | NA | 0.00 |
| | Tristen McGarvey | | 0.00 | NA | NA | 0.00 |
| | Tyler Lumbard | | 0.00 | NA | NA | 0.00 |
| | Violet Ahrenholtz | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Gary And Sherrie Witter | 7100-000 | 78,000.00 | 110,830.37 | 110,830.37 | 110,830.37 |
| 4 | Geraldine J. Stout | 7100-000 | 2,000.00 | 38,220.00 | 38,220.00 | 38,220.00 |
| 6 | Leigh Adelbert (Del) Lumbard | 7100-000 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| 7 | Rebecca Lumbard | 7100-000 | 4,500.00 | 4,641.00 | 4,641.00 | 4,641.00 |
| 2 | Steve"s Heating, Air Conditioning & Electrical, In | 7100-000 | 58,750.00 | 58,750.00 | 58,750.00 | 58,750.00 |
| 1 | Todd M. & Deborah A. Beyer | 7100-000 | 70,000.00 | 73,500.00 | 73,500.00 | 73,500.00 |
| 5 | Wells Fargo Vendor Financial Services, Llc | 7100-000 | NA | 16,313.70 | 16,313.70 | 16,313.70 |
| 8 | Charlene S Briggs | 7200-000 | NA | 11,000.00 | 11,000.00 | 4,163.77 |
| 12 | Hawkeye House of Hope, Inc. | 7200-000 | NA | 150,000.00 | 150,000.00 | 56,778.65 |
| 9 | Martha L Briggs | 7200-000 | NA | 11,000.00 | 11,000.00 | 4,163.77 |
| 10 | Michael R Schreurs | 7200-000 | NA | 100,352.00 | 100,352.00 | 37,985.68 |
| 11 | Raun Lohry | 7200-000 | NA | 74,900.00 | 74,900.00 | 28,351.48 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,700,918.90 | $674,507.07 | $674,507.07 | $458,698.42 |

Page: 1

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-01073 | TJC | Judge: | Thad J. Collins | Trustee Name: | Renee K. Hanrahan |
|---|---|---|---|---|---|---|
| Case Name: | Wind And Fire Ministries, Inc. | | | | Date Filed (f) or Converted (c): | 08/03/2018 (f) |
| | | | | | 341(a) Meeting Date: | 08/27/2018 |
| For Period Ending: | 06/12/2020 | | | | Claims Bar Date: | 11/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Farmers State Bank | 554,786.10 | 554,786.10 | | 553,146.96 | FA |
| 2.  Hills Bank WFM Peach Clinic | 4.65 | 4.65 | | 0.00 | FA |
| 3.  Hills Bank WFM Peace Clinic | 67.95 | 67.95 | | 0.00 | FA |
| 4.  Money held in the ABLS trust account | 4,925.65 | 4,925.65 | | 4,925.65 | FA |
| 5.  WFM Peace Clinic Inc | 0.00 | 0.00 | | 0.00 | FA |
| 6.  COH Logistics Inc | Unknown | Unknown | | 0.00 | FA |
| 7.  WFM Missions Base LTD | Unknown | Unknown | | 0.00 | FA |
| 8.  See Schedule A/B Property Attachment B for reference | 8,568.00 | 8,568.00 | | 1,100.00 | FA |
| 9.  Computers siezed by DCI in 10/10/2017 | Unknown | Unknown | | 0.00 | FA |
| 10. WFM Missions Base Wind and Fire Ministries Midwest Prayer Center | 0.00 | 0.00 | | 0.00 | FA |
| 11. Donor List | 0.00 | 0.00 | | 0.00 | FA |
| 12. Potential Options Litigation against Israeli Broker | 0.00 | 0.00 | | 0.00 | FA |
| 13. Utility's member capital credit refund (u) | Unknown | 80.40 | | 80.40 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $568,352.35 | $568,432.75 | | $559,253.01 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Belize Corporation needs brought into good standing; BZE real estate title unclear

RE PROP #        8  --  sound equipment

Initial Projected Date of Final Report (TFR): 12/01/2019        Current Projected Date of Final Report (TFR): 12/01/2019        Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 18-01073 | Trustee Name: Renee K. Hanrahan | |
| Case Name: Wind And Fire Ministries, Inc. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5485 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6622 | Blanket Bond (per case limit): $19,631,000.00 | |
| For Period Ending: 06/12/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/15/18 | 1 | Farmers State Bank | NON-EXEMPT ASSETS Debtor's Funds on deposit with FSB | 1129-000 | $553,146.96 | | $553,146.96 |
| 08/15/18 | 1001 | Farmers State Bank 1240 8th Avenue Marion IA 52302 | Bank Service Charge Stmt# 2013-013 account research/copies | 2990-000 | | $36.60 | $553,110.36 |
| 08/21/18 | 4 | Peiffer Law Office PC | NON-EXEMPT ASSETS Debtor's funds held in the ABLS trust account | 1129-000 | $4,925.65 | | $558,036.01 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $479.95 | $557,556.06 |
| 10/03/18 | | Patricio Coba 17 1/2 Goldson Highway Belize District, BA CA | Maintenance Expenses | 2420-000 | | $2,500.00 | $555,056.06 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $801.81 | $554,254.25 |
| 10/15/18 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $553,629.25 |
| 10/31/18 | 1002 | DJ Steen 3040 County Home Rd Marion IA 52302 | Maintenance Expenses Reversal reissued for correct amount | 2420-000 | | ($875.00) | $554,504.25 |
| 10/31/18 | | Patricio Coba | Maintenance Expenses 102 USD elect + 600 stipend + 25 expenses | 2420-000 | | $727.00 | $553,777.25 |
| 10/31/18 | 1002 | DJ Steen 3040 County Home Rd Marion IA 52302 | Maintenance Expenses site visit leader | 2420-000 | | $875.00 | $552,902.25 |
| 10/31/18 | 1003 | DJ Steen 3040 County Home Rd Marion IA 52302 | Maintenance Expenses site visit leader; 175 x 6, 42 pkg, 10 food | 2420-000 | | $1,102.00 | $551,800.25 |
| 11/01/18 | 13 | Linn County Rural Electric 5695 REC Drive PO Box 69 Marion IA 52302 | NON-EXEMPT ASSETS Refund of utility capital credit | 1229-000 | $80.40 | | $551,880.65 |

| | | | | Page Subtotals: | $558,153.01 | $6,272.36 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-01073
Case Name: Wind And Fire Ministries, Inc.

Taxpayer ID No: XX-XXX6622
For Period Ending: 06/12/2020

Trustee Name: Renee K. Hanrahan
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5485
Checking
Blanket Bond (per case limit): $19,631,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $823.19 | $551,057.46 |
| 11/14/18 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $550,432.46 |
| 11/26/18 | | Patricio Cabo | Maintenance Expenses | 2420-000 | | $625.00 | $549,807.46 |
| 11/26/18 | 1004 | CitiCard PO Box 9001037 Louisville KY 40290-1037 | Maintenance Expenses utilities, supplies, etc on site | 2420-000 | | $597.18 | $549,210.28 |
| 12/04/18 | 8 | James Robinson | NON-EXEMPT ASSETS Proceeds from sale of equipment | 1129-000 | $1,100.00 | | $550,310.28 |
| 12/04/18 | | Patricio Coba | Maintenance Expenses Utility bills | 2420-000 | | $368.00 | $549,942.28 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $792.03 | $549,150.25 |
| 12/26/18 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $548,525.25 |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $814.93 | $547,710.32 |
| 01/08/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $547,085.32 |
| 01/08/19 | | Patricio Coba | Maintenance Expenses elec/water | 2420-000 | | $150.00 | $546,935.32 |
| 01/08/19 | | Patricio Coba | Maintenance Expenses bal on electric | 2420-000 | | $180.00 | $546,755.32 |
| 01/22/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $546,130.32 |
| 02/04/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $545,505.32 |
| 02/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $811.07 | $544,694.25 |

Page Subtotals: $1,100.00   $8,286.40

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 18-01073 | Trustee Name: Renee K. Hanrahan | Exhibit 9 |
| Case Name: Wind And Fire Ministries, Inc. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5485 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6622 | Blanket Bond (per case limit): $19,631,000.00 | |
| For Period Ending: 06/12/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/22/19 | | Patricio Coba | Maintenance Expenses utilities | 2420-000 | | $140.00 | $544,554.25 |
| 02/22/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $543,929.25 |
| 02/26/19 | | Associated Bank | Bank Service Charge 11.01.18 Wire Format Setup Fee reversed; backdating entry limited to 022619 | 2600-000 | | ($5.00) | $543,934.25 |
| 02/26/19 | | Associated Bank | Bank Service Charge 10.12.18 srvc fee 09/2018; backdating entry limited to 022619 | 2600-000 | | $140.00 | $543,794.25 |
| 02/26/19 | | Associated Bank | Bank Service Charge 10.15.18 Wire Email Fee; backdating entry limited to 022619 | 2600-000 | | $3.00 | $543,791.25 |
| 02/26/19 | | Associated Bank | Bank Service Charge 10.26.18 Wire Format Setup; backdating entry limited to 022619 | 2600-000 | | $5.00 | $543,786.25 |
| 02/26/19 | | Associated Bank | Bank Service Charge 10.29.18 Wire Email Fee; backdating entry limited to 022619 | 2600-000 | | $3.00 | $543,783.25 |
| 02/26/19 | | Associated Bank | Bank Service Charge 11.14.18 SRVC Fee 10/2018; backdating entry limited to 022619 | 2600-000 | | $165.00 | $543,618.25 |
| 02/26/19 | | Associated Bank | Bank Service Charge 11.13.18 Wire Email Fee; backdating entry limited to 022619 | 2600-000 | | $3.00 | $543,615.25 |
| 02/26/19 | | Associated Bank | Bank Service Charge 11.26.18 Wire Email Fee; backdating entry limited to 022619 | 2600-000 | | $3.00 | $543,612.25 |

Page Subtotals: $0.00  $1,082.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-01073

Case Name: Wind And Fire Ministries, Inc.

Taxpayer ID No: XX-XXX6622

For Period Ending: 06/12/2020

Trustee Name: Renee K. Hanrahan

Bank Name: Associated Bank

Account Number/CD#: XXXXXX5485

Checking

Blanket Bond (per case limit): $19,631,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/19 | | Associated Bank | Bank Service Charge 12.14.18 Bank Srvc Fee 11/2018; backdating entry limited to 022619 | 2600-000 | | $160.00 | $543,452.25 |
| 02/26/19 | | Associated Bank | Bank Service Charge 01.15.19 Bank Srvc Fee 12/2018; backdating entry limited to 022619 | 2600-000 | | $240.00 | $543,212.25 |
| 02/26/19 | | Associated Bank | Bank Service Charge 02.14.19 Bank Srvc Fee 01/2019 | 2600-000 | | $320.00 | $542,892.25 |
| 03/04/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $542,267.25 |
| 03/06/19 | | Patricio Coba | Maintenance Expenses electric, water, water line repairs | 2420-000 | | $300.00 | $541,967.25 |
| 03/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $729.16 | $541,238.09 |
| 03/11/19 | 1005 | Rebecca Lumbard 1709 - 9th Avenue Kearney NE  68845 | Admin Exp QB subscription fee Sept-Oct 2018 | 2990-000 | | $70.00 | $541,168.09 |
| 03/14/19 | | Associated Bank | Bank Service Charge SRVC FEE 02/2019 | 2600-000 | | $240.00 | $540,928.09 |
| 03/18/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $540,303.09 |
| 03/28/19 | | Patricio Coba | Maintenance Expenses 12.10.18 Wire; backdating entry limited to 032819 | 2420-000 | | $625.00 | $539,678.09 |
| 04/01/19 | | Associated Bank | Bank Service Charge via email 04.01.19, reverse charges for wire format setup, wire fees, bank srvc fees Sept'18 through Feb '19 | 2600-000 | | ($1,282.00) | $540,960.09 |
| 04/01/19 | | Associated Bank | Bank Service Charge reversed srvc fee 01/2019 | 2600-000 | | ($320.00) | $541,280.09 |
| 04/01/19 | | Associated Bank | Bank Service Charge reverse Srvc Fee 02/2019 | 2600-000 | | ($240.00) | $541,520.09 |

Page Subtotals:  $0.00   $2,092.16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 18-01073 | Trustee Name: Renee K. Hanrahan |
| Case Name: Wind And Fire Ministries, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5485 |
| | Checking |
| Taxpayer ID No: XX-XXX6622 | Blanket Bond (per case limit): $19,631,000.00 |
| For Period Ending: 06/12/2020 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/19 | | Associated Bank | Bank Service Charge reverse Srvc Fee 09/2018 | 2600-000 | | ($140.00) | $541,660.09 |
| 04/01/19 | | Associated Bank | Bank Service Charge reverse Srvc Fee 10/2018 | 2600-000 | | ($165.00) | $541,825.09 |
| 04/01/19 | | Associated Bank | Bank Service Charge reverse Srvc Fee 11/2018 | 2600-000 | | ($160.00) | $541,985.09 |
| 04/01/19 | | Associated Bank | Bank Service Charge reverse Srvc Fee 12/2018 | 2600-000 | | ($240.00) | $542,225.09 |
| 04/01/19 | | Associated Bank | Bank Service Charge reverse wire Srvc Fee 10/15/2018 | 2600-000 | | ($3.00) | $542,228.09 |
| 04/01/19 | | Associated Bank | Bank Service Charge reverse wire Srvc Fee 10/29/2018 | 2600-000 | | ($3.00) | $542,231.09 |
| 04/01/19 | | Associated Bank | Bank Service Charge reverse wire Srvc Fee 11/13/2018 | 2600-000 | | ($3.00) | $542,234.09 |
| 04/01/19 | | Associated Bank | Bank Service Charge reverse wire Srvc Fee 11/26/2018 | 2600-000 | | ($3.00) | $542,237.09 |
| 04/01/19 | | Associated Bank | Bank Service Charge reverse wire Srvc Fee 10/26/2018 | 2600-000 | | ($5.00) | $542,242.09 |
| 04/01/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $541,617.09 |
| 04/05/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $803.26 | $540,813.83 |
| 04/11/19 | | Associated Bank | Bank Service Charge Reversal voided to enter individual refunds of bank srvc fees | 2600-000 | | $1,282.00 | $539,531.83 |
| 04/12/19 | | Associated Bank | Bank Service Charge | 2600-000 | | $240.00 | $539,291.83 |
| 04/15/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $538,666.83 |
| 04/15/19 | | Patricio Coba | Maintenance Expenses Water & land minister | 2420-000 | | $100.00 | $538,566.83 |

Page Subtotals: $0.00    $2,953.26

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-01073

Case Name: Wind And Fire Ministries, Inc.

Trustee Name: Renee K. Hanrahan

Bank Name: Associated Bank

Account Number/CD#: XXXXXX5485

Checking

Taxpayer ID No: XX-XXX6622

For Period Ending: 06/12/2020

Blanket Bond (per case limit): $19,631,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/24/19 | | Associated Bank | Bank Service Charge refund | 2600-000 | | ($240.00) | $538,806.83 |
| 04/29/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $538,181.83 |
| 05/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $775.54 | $537,406.29 |
| 05/07/19 | | Patricio Coba | Maintenance Expenses Electricity | 2420-000 | | $115.00 | $537,291.29 |
| 05/07/19 | | Patricio Coba | Maintenance Expenses 05.13.19 | 2420-000 | | $625.00 | $536,666.29 |
| 05/15/19 | | Transfer to Acct # xxxxxx0031 | Transfer of Funds | 9999-000 | | $536,666.29 | $0.00 |
| 06/10/19 | 1005 | Rebecca Lumbard 1709 - 9th Avenue Kearney NE  68845 | Admin Exp Reversal QB subscription fee Sept-Oct 2018 | 2990-000 | | ($70.00) | $70.00 |
| 06/10/19 | 1006 | Estate of Wind And Fire Ministries, Inc., 18-01073 | Transfer to Axos Bank | 9999-000 | | $70.00 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $559,253.01 | $559,253.01 |
| Less: Bank Transfers/CD's | $0.00 | $536,736.29 |
| Subtotal | $559,253.01 | $22,516.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $559,253.01 | $22,516.72 |

Page Subtotals:          $0.00          $538,566.83

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-01073
Case Name: Wind And Fire Ministries, Inc.

Taxpayer ID No: XX-XXX6622
For Period Ending: 06/12/2020

Trustee Name: Renee K. Hanrahan
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0031
Checking
Blanket Bond (per case limit): $19,631,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/19 | | Transfer from Acct # xxxxxx5485 | Transfer of Funds | 9999-000 | $536,666.29 | | $536,666.29 |
| 05/21/19 | | Patricio Coba | Maintenance Expenses water | 2420-000 | | $65.00 | $536,601.29 |
| 05/21/19 | | Patricio Coba | Maintenance Expenses water | 2420-000 | | $135.00 | $536,466.29 |
| 05/29/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $535,841.29 |
| 06/09/19 | 2001 | Rebecca Lumbard 3903 E Avenue Kearney NE  68847 | Admin Exp QB subscription fee Sept-Oct 2018 | 2990-000 | | $70.00 | $535,771.29 |
| 06/10/19 | | Estate of Wind And Fire Ministries, Inc., 18-01073 | Transfer from Associated Bank | 9999-000 | $70.00 | | $535,841.29 |
| 06/10/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $535,216.29 |
| 06/11/19 | | Renee K Hanrahan, Trustee | Transfer from Associated Bank | 1290-000 | $70.00 | | $535,286.29 |
| 06/11/19 | 2002 | INTERNATIONAL SURETIES LTD 701 Poydras St Ste 420 New Orleans, LA  70139 | Payment of 2019 Bond | 2300-000 | | $237.36 | $535,048.93 |
| 06/24/19 | | Patricio Coba | Maintenance Expenses replacement line trimmer | 2420-000 | | $650.00 | $534,398.93 |
| 06/24/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $533,773.93 |
| 07/03/19 | | Patricio Coba | Maintenance Expenses Utilities | 2420-000 | | $425.00 | $533,348.93 |
| 07/07/19 | | Patricio Coba | Maintenance Expenses maintenance | 2420-000 | | $625.00 | $532,723.93 |
| 07/07/19 | | Renee K Hanrahan, Trustee | Transfer from Associated Bank Reversal duplicate entry of funds from stop payment check at Associated Bank | 1290-000 | ($70.00) | | $532,653.93 |
| 07/22/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $532,028.93 |
| | | | Page Subtotals: | | $536,736.29 | $4,707.36 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  18-01073                                    Trustee Name:  Renee K. Hanrahan                    Exhibit 9
Case Name:  Wind And Fire Ministries, Inc.                Bank Name:  Axos Bank
                                                    Account Number/CD#:  XXXXXX0031
                                                                         Checking
Taxpayer ID No:  XX-XXX6622                    Blanket Bond (per case limit): $19,631,000.00
For Period Ending:  06/12/2020                    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/19 | | Patricio Coba | Maintenance Expenses Maintenance | 2420-000 | | $625.00 | $531,403.93 |
| 08/05/19 | | Patricio Coba | Maintenance Expenses Gas & Elec bills | 2420-000 | | $145.00 | $531,258.93 |
| 08/19/19 | | Patricio Cabo | Maintenance Expenses | 2420-000 | | $625.00 | $530,633.93 |
| 09/03/19 | | Patricio Coba | Maintenance Expenses water & electric | 2420-000 | | $200.00 | $530,433.93 |
| 09/03/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $529,808.93 |
| 09/19/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $529,183.93 |
| 10/01/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $528,558.93 |
| 10/14/19 | | Patricio Coba | Maintenance Expenses utilities | 2420-000 | | $210.00 | $528,348.93 |
| 10/14/19 | | Patricio Coba | Maintenance Expenses | 2420-000 | | $625.00 | $527,723.93 |
| 10/29/19 | | Patricio Coba | Maintenance Expenses maintenance | 2420-000 | | $625.00 | $527,098.93 |
| 11/11/19 | | Patricio Coba | Maintenance Expenses Maintenance | 2420-000 | | $625.00 | $526,473.93 |
| 11/13/19 | | Patricio Coba | Maintenance Expenses utilities | 2420-000 | | $250.00 | $526,223.93 |
| 11/25/19 | | Patricio Coba | Maintenance Expenses Maintenance | 2420-000 | | $625.00 | $525,598.93 |
| 12/11/19 | | Patricio Coba | Maintenance Expenses Maintenance | 2420-000 | | $625.00 | $524,973.93 |
| 12/12/19 | | Patricio Coba | Maintenance Expenses Utility bills | 2420-000 | | $200.00 | $524,773.93 |
| 12/23/19 | | Patricio Coba | Maintenance Expenses maintenance exp | 2420-000 | | $625.00 | $524,148.93 |
| 01/06/20 | | Patricio Coba | Maintenance Expenses Maintenance | 2420-000 | | $650.00 | $523,498.93 |

Page Subtotals:                                                     $0.00        $8,530.00

## FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-01073
Case Name: Wind And Fire Ministries, Inc.

Taxpayer ID No: XX-XXX6622
For Period Ending: 06/12/2020

Trustee Name: Renee K. Hanrahan
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0031
Checking
Blanket Bond (per case limit): $19,631,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/06/20 | | Patricio Coba | Maintenance Expenses utility expenses | 2420-000 | | $175.00 | $523,323.93 |
| 01/07/20 | | Patricio Coba | Maintenance Expenses Reversal incorrect amount entered in bank ledger | 2420-000 | | ($650.00) | $523,973.93 |
| 01/07/20 | | Patricio Coba | Maintenance Expenses Maintenance | 2420-000 | | $625.00 | $523,348.93 |
| 05/11/20 | 2003 | Renee K. Hanrahan PO BOX 1088, CEDAR RAPIDS, IA 52406 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $31,212.65 | $492,136.28 |
| 05/11/20 | 2004 | Renee K. Hanrahan PO BOX 1088, CEDAR RAPIDS, IA 52406 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $3,682.77 | $488,453.51 |
| 05/11/20 | 2005 | JEFFREY P. TAYLOR Klinger, Robinson & Ford, L.L.P. PO Box 10020 Cedar Rapids, IA  52410-0020 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3210-000 | | $14,720.00 | $473,733.51 |
| 05/11/20 | 2006 | JEFFREY P. TAYLOR Klinger, Robinson & Ford, L.L.P. PO Box 10020 Cedar Rapids, IA  52410-0020 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3220-000 | | $800.49 | $472,933.02 |
| 05/11/20 | 2007 | The Brems Group LLP PO Box 1386 Cedar Rapids IA 52406-1386 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $6,850.00 | $466,083.02 |
| 05/11/20 | 2008 | The Brems Group LLP PO Box 1386 Cedar Rapids IA 52406-1386 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $7,384.60 | $458,698.42 |
| 05/11/20 | 2009 | Todd M. & Deborah A. Beyer Todd M. & Deborah A. Beyer 2906 C Ave Ne Cedar Rapids, Ia 52402 | Final distribution to claim 1 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $73,500.00 | $385,198.42 |

| | Page Subtotals: | | | | $0.00 | $138,300.51 |
|---|---|---|---|---|---|---|

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-01073

Case Name: Wind And Fire Ministries, Inc.

Taxpayer ID No: XX-XXX6622

For Period Ending: 06/12/2020

Trustee Name: Renee K. Hanrahan

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0031

Checking

Blanket Bond (per case limit): $19,631,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/20 | 2010 | Steve"s Heating, Air Conditioning & Electrical, In<br>Roberts & Eddy, P.C.<br>2349 Jamestown Ave, Suite 4<br>Independence, Ia 50644 | Final distribution to claim 2 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $58,750.00 | $326,448.42 |
| 05/11/20 | 2011 | Gary And Sherrie Witter<br>Po Box 321<br>Marion Ia 52302 | Final distribution to claim 3 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $110,830.37 | $215,618.05 |
| 05/11/20 | 2012 | Geraldine J. Stout<br>1621 6Th Ave S.E.<br>Cedar Rapids, Ia 52403 | Final distribution to claim 4 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $38,220.00 | $177,398.05 |
| 05/11/20 | 2013 | Wells Fargo Vendor Financial Services, Llc<br>WFVFS - Bankruptcy<br>PO Box 931093<br>Atlanta GA  31193 | Final distribution to claim 5 creditor account #4USC representing a payment of 100.00 % per court order. | 7100-000 | | $16,313.70 | $161,084.35 |
| 05/11/20 | 2014 | Leigh Adelbert (Del) Lumbard<br>C/O Leigh Lumbard<br>6300 School Street #114<br>Windsor Heights IA  50324 | Final distribution to claim 6 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $25,000.00 | $136,084.35 |
| 05/11/20 | 2015 | Rebecca Lumbard<br>4402 Glenwood Rd<br>Kearney NE  68845 | Final distribution to claim 7 creditor account # representing a payment of 100.00 % per court order. | 7100-000 | | $4,641.00 | $131,443.35 |
| 05/11/20 | 2016 | Charlene S Briggs<br>2306 E Ave NE<br>Cedar Rapids IA  52402 | Final distribution to claim 8 creditor account # representing a payment of 37.85 % per court order. | 7200-000 | | $4,163.77 | $127,279.58 |
| 05/11/20 | 2017 | Martha L Briggs<br>622 27th St NE<br>Cedar Rapids IA  52402 | Final distribution to claim 9 creditor account # representing a payment of 37.85 % per court order. | 7200-000 | | $4,163.77 | $123,115.81 |
| 05/11/20 | 2018 | Michael R Schreurs<br>6829 River Bend Drive<br>Johnston IA  50131 | Final distribution to claim 10 creditor account # representing a payment of 37.85 % per court order. | 7200-000 | | $37,985.68 | $85,130.13 |

Page Subtotals:  $0.00  $300,068.29

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 18-01073 | | | | Trustee Name: Renee K. Hanrahan | | | Exhibit 9 |
| Case Name: Wind And Fire Ministries, Inc. | | | | Bank Name: Axos Bank | | | |
| | | | | Account Number/CD#: XXXXXX0031 | | | |
| | | | | Checking | | | |
| Taxpayer ID No: XX-XXX6622 | | | | Blanket Bond (per case limit): $19,631,000.00 | | | |
| For Period Ending: 06/12/2020 | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/20 | 2019 | Raun Lohry<br>6 Spanish Bay<br>Dakota Dunes  SD  57049 | Final distribution to claim 11 creditor account # representing a payment of 37.85 % per court order. | 7200-000 | | $28,351.48 | $56,778.65 |
| 05/11/20 | 2020 | Hawkeye House of Hope, Inc.<br>c/o Wes Huisinga<br>115 3rd St. SE, Suite 500<br>Cedar Rapids IA  52401 | Final distribution to claim 12 creditor account # representing a payment of 37.85 % per court order. | 7200-000 | | $56,778.65 | $0.00 |
| 05/12/20 | 2003 | Renee K. Hanrahan<br>PO BOX 1088, CEDAR RAPIDS, IA 52406 | Final distribution creditor account # representing a payment of 100.00 % per court order. Reversal reissued in 2 checks | 2100-000 | | ($31,212.65) | $31,212.65 |
| 05/12/20 | 2021 | Renee K. Hanrahan<br>PO Box 1088<br>Cedar Rapids IA  52406-1088 | Admin Exp | 2100-000 | | $16,112.00 | $15,100.65 |
| 05/12/20 | 2022 | Renee K. Hanrahan<br>PO Box 1088<br>Cedar Rapids IA  52406-1088 | Admin Exp | 2100-000 | | $15,100.65 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $536,736.29 | $536,736.29 |
| Less: Bank Transfers/CD's | | $536,736.29 | $0.00 |
| Subtotal | | $0.00 | $536,736.29 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $536,736.29 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0031 - Checking | $0.00 | $536,736.29 | $0.00 |
| XXXXXX5485 - Checking | $559,253.01 | $22,516.72 | $0.00 |
|  | $559,253.01 | $559,253.01 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $559,253.01 |
| Total Gross Receipts: | $559,253.01 |

Page Subtotals:                    $0.00          $0.00